HANSKI PARTNERS LLC
4 INTERNATIONAL DR, STE 110
RYE BROOK, NY 10573

November 12, 2026

Via ECF
Hon. Jesse M. Furman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Re: Request to Extend Deadline to Submit Joint Letter and Proposed Case Management Plan in Advance of Initial Case Management Conference*
*Kreisler v. East 53rd LLC and 965 First Rest, Corp; Case No. 1:26-cv-06790*

Dear Judge Furman:

Hanski Partners represents Plaintiff Todd Kreisler in the above-referenced matter. We write with the consent of counsel for Defendant 965 First Rest, Corp. to respectfully ask the Court to extend the parties' deadline to submit their joint letter and proposed Case Management Plan and Scheduling Order ("CMP") due today, November 12, 2026.

We make this request because the parties are unable to exchange comments to the draft letter and proposed CMP that was previously circulated due to today's Microsoft outage. With the presumption that Microsoft services will be restored by tomorrow, November 13, 2026, we respectfully ask the Court to extend the parties' deadline to submit the joint letter and proposed CMP to November 13, 2026.

Plaintiff's counsel left a voice message for Susan Jessica Weiswasser, Esq., counsel for Defendant East 53rd LLC concerning the extension request but did not receive a response as of the time of this filing.

We thank the Court for its time and attention to this matter.

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 17.

SO ORDERED.

November 13, 2026

Respectfully,

/s/ Adam S. Hanski

Adam S. Hanski